173 So. 916
**A. E. (alias Rube) ABERCROMBIE v. STATE.**
8 Div. 463.

Court of Appeals of Alabama.
March 16, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

173 So. 916
**Albert ABRAN, alias Abron v. STATE.**
6 Div. 129.

Court of Appeals of Alabama.
March 2, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

165 So. 912
**Gaston ADAMS v. STATE.**
7 Div. 186.

Court of Appeals of Alabama.
Jan. 21, 1936.

BRICKEN, Presiding Judge.
Affirmed.

171 So. 921
**Vesta ADCOCK v. STATE.**
6 Div. 973.

Court of Appeals of Alabama.
Dec. 15, 1936.

RICE, Judge.
Appeal dismissed.

173 So. 916
**ÆTNA INSURANCE CO. v. Mary MARTIN.**
I Div. 270.

Court of Appeals of Alabama.
April 13, 1937.

SAMFORD, Judge.
Appeal dismissed on motion of appellant.

173 So. 916
**ÆTNA INSURANCE CO. v. Mary MARTIN.**
I Div. 271.

Court of Appeals of Alabama.
April 13, 1937.

RICE, Judge.
Appeal dismissed on motion of appellant.